Signed: August 18, 2011
**SO ORDERED**
No response or objection was filed to the motion.
An answer was never filed to the complaint.



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| MINH VU HOANG | : | Case No.  05-21078-TJC |
| THANH HOANG | : | Case No.  05-25738-TJC |
| | : | (Chapter 7) |
| Debtor | : | (Jointly Administered Under |
| | : | No.  05-21078-TJC) |
| | : | |
| _____ | : | |
| | : | |
| GARY A. ROSEN, CHAPTER 7 TRUSTEE | : | |
| FOR MINH VU HOANG AND THANH HOANG | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Adversary Proceeding |
| | : | No. 11-00262 |
| ALEXANDER KHANH ANH LE | : | |
| t/a Surratts General Partnership | : | |
| | : | |
| Defendant | : | |

**ORDER ENTERING JUDGMENT BY DEFAULT**

Upon the Plaintiff's *Verified Application for Entry of Judgment by Default* heretofore

filed herein, and it appearing to the Court that notwithstanding that the Defendant Alexander

Khanh Anh Le was served with a copy of the *Complaint* and the *Summons and Notice of Pre-Trial Conference* as appears by reference to the *Certificate of Service* heretofore filed herein, said Defendant has failed to respond to said *Complaint* and *Summons* or otherwise to enter an appearance herein; and it further;

APPEARING that on June 3, 2011, the Clerk of this Court entered a default as to the said Defendant Alexander Khanh Anh Le; and it further

APPEARING that the entry of judgment by default against the Defendant is appropriate pursuant to Federal Rule 55(b)(2) (made applicable to these proceedings by Bankruptcy Rule 7055); and

Upon careful consideration of the foregoing, it is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that judgment by default against the Defendant Alexander Khanh Anh Le be, and the same hereby is, GRANTED; and it is further

ORDERED that the real property located, known and designated as 11 Sultan Avenue, Capitol Heights, MD 20743 be, and the same hereby is, DECLARED to be the lawful property of the Trustee herein; and it is further

ORDERED that a constructive trust be, and the same hereby is, IMPOSED upon 11 Sultan Avenue, Capitol Heights, MD 20743 for the exclusive benefit of the Trustee herein; and it is further

ORDERED that the Defendant Alexander Khanh Anh Le and Alexander Khanh Anh Le, t/a Surratts General Partnership, and all persons acting in cooperation with him, and they hereby are, ADJUDGED and DECLARED to be without any legal right, title or interest in 11 Sultan Avenue, Capitol Heights, MD 20743; and it is further

ORDERED that the Defendant Alexander Khanh Anh Le deliver and turnover to Gary A. Rosen, Trustee, all of their right, title and interest in and to 11 Sultan Avenue, Capitol Heights, MD 20743, including, *inter alia*, the execution and delivery to Gary A. Rosen, Trustee, of a good and sufficient Deed to 11 Sultan Avenue, Capitol Heights, MD 20743 in form and content sufficient to effect change of record title thereto among the Land Records of Prince George's County, Maryland.

**END OF ORDER**